UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRINGTON HENDERSON,<br><br>            Plaintiff,<br><br>   v.<br><br>TIM ORPURT,<br><br>            Defendant. | 1:15-cv-00412-GSA-(PC)<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(Document# 2) |

     Plaintiff is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  In the instant action, plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

    Dated:   **May 7, 2015**            **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE